UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Twin City Bricklayers Fringe Benefit Funds,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Superior Waterproofing, Inc., a Minnesota corporation; and Raymond Paschke,<br><br>    Defendants.<br><br>Superior Waterproofing, Inc. and Raymond Paschke,<br><br>    Third-Party Plaintiffs,<br><br>  vs.<br><br>Bricklayers and Allied Craftworkers Local Union No. 1 of Minnesota,<br><br>    Third-Party Defendant. | Court File No. 0: 04-CV-3009 MJD/AJB<br><br>ORDER |

  Upon the stipulation of the plaintiffs and defendants, IT IS HEREBY ORDERED THAT:

  1. The time within which defendants may file and serve their opposition to plaintiffs' motions for partial summary judgment and a preliminary injunction is hereby extended from August 1, 2006 to August 8, 2006.

2

    2.    The time within which plaintiffs may file and serve their reply to defendants' opposition to plaintiffs' motions is hereby extended from August 11, 2006 to August 18, 2006.

DATED:  July 27, 2006          s / Michael J. Davis
        MICHAEL J. DAVIS
        United States District Court Judge